994 P.2d 561

# SUPREME COURT OF HAWAI'I

### September 29, 1998

| | | |
|---|---|---|
| 20922 | State v. Oclit | Affirmed in part, Reversed in part |
| 19596 | State v. Rivera-Rios | Affirmed |

### February 8, 1999

| | | |
|---|---|---|
| 21258 | Inthisane v. Soldner | Affirmed |

### February 10, 1999

| | | |
|---|---|---|
| 21525 | State v. Chin | Affirmed |
| 21494 | State v. Nguyen | Affirmed |

### February 24, 1999

| | | |
|---|---|---|
| 20323 | Friends of Red Road v. County of Hawai'i | Affirmed |
| 20760 | Friends of Red Road v. County of Hawai'i | Affirmed |

### February 25, 1999

| | | |
|---|---|---|
| 21632 | Anzai v. State, Dept. of Land and Natural Resources | Affirmed |
| 21485 | State v. Dela Cruz | Affirmed |
| 21363 | State v. Valdez | Vacated |

### April 1, 1999

| | | |
|---|---|---|
| 10419 | State v. Sakamoto | Dismissed |
| 10422 | Maluia v. Maluia | Dismissed |
| 10506 | State v. Lynch | Dismissed |
| 10512 | Porphyris v. Estate of Porferis | Dismissed |
| 10513 | Association of Apt. Owners of Kuhio Shores at Poipu v.Robinson | Dismissed |
| 10526 | Kobayashi v. Kim | Dismissed |
| 10541 | State v. Ho | Dismissed |
| 10570 | Hawaii Thrift and Loan, Inc. v. Tolzmann | Dismissed |
| 10572 | State v. Omiya | Dismissed |
| 10592 | State v. Fukunaga | Dismissed |
| 10593 | State v. Chong | Dismissed |
| 10596 | State v. Ruwol | Dismissed |
| 10599 | State v. Taamu | Dismissed |
| 10600 | State v. Swoish | Dismissed |
| 10609 | Klein v. City and County of Honolulu | Dismissed |
| 10616 | State v. Pace | Dismissed |
| 10619 | Ravelo v. County of Hawaii | Dismissed |
| 10623 | State v. Rotenkolber | Dismissed |